**Ralph C. Spooner, OSB No. 732880**
E-mail: rspooner@smapc.com
**David E. Smith, OSB No. 732880**
E-mail: dsmith@smap.com
SPOONER & MUCH, P.C.
530 Center Street N.E., Suite 712
Salem, OR 97301
Phone: 503-378-7777
Fax:     503-588-5899

Of Attorneys for Defendant
Ramon Munoz-Sandoval

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DINORA ALONSO,<br><br>    Plaintiff,<br><br>  vs.<br><br>HANNAH HANEY and RAMON MUNOZ-SANDOVAL,<br><br>    Defendants. | Case No. 6:20-cv-02113-AA<br><br>**ORDER DIRECTING CLERK TO ENTER LIMITED JUDGMENT DISMISSING DEFENDANT MUNOZ-SANDOVAL ONLY** |

THIS MATTER came on before the court on the Stipulation of the attorneys for the plaintiff and defendants, and the court being advised that plaintiff's claims for relief against defendant Munoz-Sandoval have been fully settled and compromised and there being no just reason for delay, the parties are requesting that the Clerk of this Court or Deputy Clerk enter

/ / /

/ / /

/ / /

/ / /

Limited Judgment dismissing the case against defendant Munoz-Sandoval <u>only</u> with prejudice and without costs, disbursements or attorney fees being allowed to any party.

IT IS SO ORDERED.

DATED this  23rd  day of FEBRUARY, 2022.

                                                   /s/Ann Aiken
                                                   ANN AIKEN
                                                   United States District Judge